# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, PECOS DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:18-CR-00316(1)-DC |
| | § |
| (1) Jose Angel Rodriguez | § |

### JUDGMENT IN A CRIMINAL CASE
**(For A Petty Offense)** - Short Form

The defendant, (1) Jose Angel Rodriguez, was presented by counsel, K. Adam Rothey.

The defendant pled guilty to the complaint on June 15, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Arrest |
|---|---|---|
| 8 USC 1325 | IMPROPER ENTRY BY ALIEN | 4/22/2018 |

As pronounced on Jun 14, 2018 the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **120 Days , with credit for time served.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**The special assessment imposed** pursuant to 18 U.S.C. § 3013 **is in the amount of $10.** The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on 15th day of June, 2018.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency:
USM #: